DUNHAM-BUSH, INC., Plaintiff-Appellee, v. F. J. BERO & CO., INC., Defendant-Appellant.

(No. 71-390;

Second District—May 25, 1973.

Opinion by Mr. PRESIDING JUSTICE THOMAS J. MORAN.

Kenneth F. Miles, of Jordan & Miles, of Elgin, for appellant.

Thomas D. Chase, of Elgin, for appellee.